Demetriues Jermaine Hawkins
Reg. No. 57769-019
Federal Correctional Institution
State Route 716
Ashland, Kentucky
41105

RECEIVED

2014 NOV 10  P 1:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF THE
ARBITRATION BETWEEN

| | |
|---|---|
| Demetriues Jermaine Hawkins,<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Eric H. Holder, Jr., UNITED STATES<br>ATTORNEY GENERAL,<br>Kent B. Brunson, UNITED STATES ATTORNEY,<br>MIDDLE DISTRICT OF ALABAMA,<br>Respondents | No. 2:14-cv-1150-MHT<br><br>Emergency Ex Parte Motion for a<br>Temporary Restraining Order and<br>Preliminary Injunction.<br><br>[Contract Item No. 511328-DK, Ex re<br>nata UNITED STATES OF AMERICA v.<br>DEMETRIUS JERMAINE HAWKINS, Dist. No.<br>2:06-cr-00012-UWC-04 (M.D. Ala. 2006)]<br><br>Fed.Rules Civ.P. 65(a) and (b) |

### EMERGENCY EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

#### Relief Sought

Petitioner, proceeding pro se, moves this Court pursuant to Fed.Rules Civ.P. 65 for an immediate emergency temporary restraining order ("TRO") and preliminary injunction suspending and restraining the operation, enforcement, and execution of the [void] judgment in a criminal case and the sentence imposed thereunder by the United States District Court for the Middle District of Alabama, under case index title UNITED STATES OF AMERICA v. DEMETRIUS JERMAINE HAWKINS, and registry index no. 2:06-cr-00012-UWC-04, orally pronounced on 15 May 2007, pending the

confirmation of petitioner's arbitration award and entry of a judgment that conforms to the award of the arbitrator.

Petitioner further requests an order for immediate release from unlawful incarceration and to be restored to their liberty; in addition to preliminary injunctive orders:

1. Declaring that respondent(s) cease and desist from harassing, threatening, and/or violating petitioner's constitutional and civil rights.

2. Enter a preliminary and permanent injunction enjoining respondent(s), its/their officers, agents, employees, and assigns, from the operation, enforcement, and execution of the [void] judgment in a criminal case and the sentence imposed as described herein above, and further enjoin respondent(s) its/their officers, agents, employees, assigns, etc., from any further breach of its/their obligations under Contract Item No. 511328-DK and its/their ongoing refusal to voluntarily comply with the terms of the arbitration award.

### Grounds for Relief

It is essential that the Court issue the requested temporary restraining order and preliminary injunction to prevent immediate and irreparable injury because:

1. As established by the award of the arbitrator, the underlying Contract Item No. 511328-DK, the petition to confirm the arbitration award, unless restrained by this Court, the respondent(s) will continue to perform the acts sought to be enjoined.

2. As established by the affidavit of Demetriues Jermaine Hawkins, if the respondent(s) continue to perform the acts sought to be enjoined, the petitioner(s) will suffer immediate and irreparable harm in that their protected and paramount liberty interests will continue to be violated, their constitutional and civil rights will continue to be denied under color of law, and petitioner(s) will continue to be placed in imminent danger of threat to life and limb.

3. As established by the affidavit of Demetriues Jermaine Hawkins and the Memorandum of Law, Points, and Authorities in support of this Motion, the petitioner has no adequate remedy at law for the injuries sought to be prevented by the requested temporary restraining order and preliminary injunction.

4. As shown by the petition to confirm the arbitration award, the Memorandum of Law, Points, and Authorities, and the authority of the Federal Arbitration Act, the petitioner will absolutely succeed on the merits of this action.

5. As shown by the petition to confirm the arbitration award, the Memorandum of Law, Points, and Authorities, and the authority of the Federal Arbitration Act itself, the issuance of a temporary restraining order and a preliminary injunction will not cause undue inconvenience or loss to the respondent(s) in that the judgment of conviction and the sentence imposed thereunder are void ab initio, and every day the petitioner is continuously subjected to unlawful imprisonment the respondent(s) are assessed damages against them for the amount of one-million-five-hundred-sixty-five-thousand-two-hundred-seventeen dollars and 39/100 cents ($1,565,217.39).

### Notice of Request on TRO

Petitioner requests that his request for an emergency temporary restraining order be heard ex parte. The award of the arbitrator, the Contract Item No. 511328-DK, the affidavit of Demetriues Jermaine Hawkins, and the Memorandum of Law, Points, and Authorities in Support of this Motion, shows that the respondent(s) agreement(s) and stipulation(s), the doctrines of collateral estoppel, promissory estoppel, estoppel by contract, and res judicata, establish extraordinary facts that justify relief ex parte.

### Hearing on Preliminary Injunction

Petitioner and respondent(s) have stipulated and agreed that respondent(s) will not challenge, protest, contest, or oppose either the temporary restraining order and/or the preliminary injunction, therefore, no hearing is required on this

Motion, and the Court should forthwith enter the Order granting the temporary restraining order and preliminary injunction so as to prevent petitioner from being deprived of his protected rights and one of the principle remedies to which he is entitled by law.

### Supporting Material

This Motion is based on this document, on the attached Memorandum of Law, Points, and Authorities, the petition to confirm arbitration award, on all other papers and records on file in this action and as to the related action of <u>UNITED STATES OF AMERICA v. DEMETRIUS JERMAINE HAWKINS</u>, No. 2:06-cr-00012-UWC-04, the supporting affidavit of Demetriues Jermaine Hawkins, and on the arbitration award itself.

DATED:   5 November 2014
            Ashland, Kentucky

Respectfully submitted,

*/s/ Demetriues Hawkins*
DEMETRIUES JERMAINE HAWKINS
Reg. No. 57769-019
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6001
ASHLAND, KY 41105-6001

PETITIONER, Pro Se

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]