IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEMETRIUS JERMAINE           )
HAWKINS,                     )
                             )
        Petitioner,          )
                             )        CIVIL ACTION NO.
        v.                   )        2:14cv1150-MHT
                             )             (WO)
UNITED STATES OF AMERICA,    )
et al.,                      )
                             )
        Respondents.         )

ORDER

It is ORDERED that petitioner's motion for reconsideration (doc. no. 8) of the opinion and order dismissing this case (doc. no. 7) is denied. Petitioner has failed to show valid grounds under Federal Rule of Civil Procedure 60 for vacating the dismissal, which he requested.

DONE, this the 4th day of January, 2019.

                        /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE