IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS JERMAINE HAWKINS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:14cv1150-MHT |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Respondents. | ) | |

ORDER

It is ORDERED that petitioner's motion for findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52 (doc. no. 10) is denied.

DONE, this the 8th day of February, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE