## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 09, 2019

Clerk - Middle District of Alabama
U.S. District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

Appeal Number: 19-11491-F
Case Style: Demetrius Hawkins v. USA, et al
District Court Docket No: 2:14-cv-01150-MHT-SRW
Secondary Case Number: 2:06-cr-00012-MEF-SRW-4

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-11491-F

_____

DEMETRIUS J. HAWKINS,

                                                      Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,
U.S. ATTORNEY GENERAL,
KENT B. BRUNSON,
United States Attorney, Middle District of Alabama,

                                                      Respondents - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Demetrius J. Hawkins failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court within the time fixed by the rules, effective July 09, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Dionne S. Young, F, Deputy Clerk

                                                           FOR THE COURT - BY DIRECTION